LINDA WENDELL HSU (SBN 162971)
JEFFREY B. SODERBORG (SBN 264666)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT, INC.; ADVENT COMPANIES, INC.; ADVENT CONSTRUCTION MANAGEMENT, a business organization form unknown; GLOBAL PREMIER DEVELOPMENT, INC.; JEROME KIELTY aka JERRY KIELTY; MIL ASPEN ASSOCIATES, L.P.; MT. HAWLEY INSURANCE CO.; LANDMARK AMERICAN INS. CO; NAVIGATOR'S SPECIALTY INSURANCE CO.; NATIONAL UNION FIRE INS. CO. OF PITTSBURGH; FIRST MERCURY INS. CO.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  CV-10-1342<br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MIL ASPEN & ASSOCIATES, L.P. TO BE BOUND BY JUDGMENT<br><br>Complaint Filed:   March 29, 2010 |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and Defendant MIL ASPEN & ASSOCIATES, L.P. ("MIL ASPEN") hereby stipulate as follows:

1.   SCOTTSDALE issued Policy No. BCS0016240 (the "SCOTTSDALE policy") to named insured Pacific Structures with coverage effective November 20, 2007 to November 20, 2009.

2. On or about March 27, 2009, JERRY KIELTY filed a judicial form complaint against ADVENT, INC., D.F. Rios, Foothill Fire, Pacific Structures, GLOBAL and MIL ASPEN for personal injury (Santa Clara County Superior Court Action No. 1-08-CV-122946—the "*Kielty Action*").

3. MIL ASPEN tendered defense and indemnity of the *Kielty Action* to SCOTTSDALE contending to qualify as an additional insured under the SCOTTSDALE policy. SCOTTSDALE agreed to participate in the defense of and is currently participating in the defense of MIL ASPEN pursuant to a full reservation of rights.

4. Plaintiff SCOTTSDALE brought this Declaratory Relief and action entitled *Scottsdale Insurance Company v. Advent, et al.*, Northern District Court Case Number CV 10 1342 (the "*Scottsdale* Action") for judicial declarations that SCOTTSDALE has no duty to defend MIL ASPEN in the *Kielty* Action, SCOTTSDALE has no duty to indemnify MIL ASPEN in the *Kielty* Action, reimbursement from MIL ASPEN for defense fees and costs paid by SCOTTSDALE with respect to claims or causes of action which were never potentially covered by the SCOTTSDALE policy, and reimbursement from MIL ASPEN of any indemnity payments made by SCOTTSDALE with respect to damages, claims or allegations which are not covered by the SCOTTSDALE policy.

1. Defendant MIL ASPEN stipulateS that it will be bound by the judgment entered in the *Scottsdale* Action, for purposes of any potential rights they may have or hereafter obtain, including, but not limited to rights as a judgment creditor, against SCOTTSDALE.

2. Upon MIL ASPEN's signature to this stipulation, SCOTTSDALE agrees to dismiss its complaint against MIL ASPEN and without prejudice. Both parties waive costs.

IT IS SO STIPULATED:

DATED: 8/13/10                   SELMAN BREITMAN LLP

By: _____
    LINDA WENDELL HSU
    JEFFREY B. SODERBORG
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: Aug 3, 2010

_____
MIL ASPEN & ASSOCIATES, L.P.

APPROVED AS TO FORM BY COUNSEL:

DATED: 8/13/10                   SELMAN BREITMAN LLP

By: _____
    LINDA WENDELL HSU
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED:                           JOHNSON & ASSOCIATES

8-3-10

By: _____
    Randall Johnson
Attorney for Defendants
MIL ASPEN & ASSOCIATES, L.P.

//
//
//

//

**IT IS SO ORDERED:**

DATED: November 12, 2010        By: _____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE