LINDA WENDELL HSU (SBN 162971)
JEFFREY B. SODERBORG (SBN 264666)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT, INC.; ADVENT COMPANIES, INC.; ADVENT CONSTRUCTION MANAGEMENT, a business organization form unknown; GLOBAL PREMIER DEVELOPMENT, INC.; JEROME KIELTY aka JERRY KIELTY; MIL ASPEN ASSOCIATES, L.P.; MT. HAWLEY INSURANCE CO.; LANDMARK AMERICAN INS. CO; NAVIGATOR'S SPECIALTY INSURANCE CO.; NATIONAL UNION FIRE INS. CO. OF PITTSBURGH; FIRST MERCURY INS. CO.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  CV-10-1342<br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT GLOBAL PREMIER DEVELOPMENT, INC. TO BE BOUND BY JUDGMENT<br><br>Complaint Filed:     March 29, 2010 |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and Defendant GLOBAL PREMIER DEVELOPMENT, INC. ("GLOBAL") hereby stipulate as follows:

1.    SCOTTSDALE issued Policy No. BCS0016240 (the "SCOTTSDALE policy") to named insured Pacific Structures with coverage effective November 20, 2007 to November 20, 2009.

1

199807.1 380.27213

Selman Breitman LLP
ATTORNEYS AT LAW

Selman Breitman LLP
ATTORNEYS AT LAW

1    2.   On or about March 27, 2009, JERRY KIELTY filed a

2    judicial form complaint against ADVENT, INC., D.F. Rios, Foothill

3    Fire, Pacific Structures, GLOBAL and MIL ASPEN for personal

4    injury (Santa Clara County Superior Court Action No. 1-08-CV-

5    122946—the "*Kielty Action*").

6    3.   GLOBAL tendered defense and indemnity of the *Kielty*

7    *Action* to SCOTTSDALE contending to qualify as an additional

8    insured under the SCOTTSDALE policy.  SCOTTSDALE agreed to

9    participate in the defense of and is currently participating in

10   the defense of GLOBAL pursuant to a full reservation of rights.

11   4.   Plaintiff SCOTTSDALE brought this Declaratory Relief

12   and action entitled *Scottsdale Insurance Company v. Advent, et*

13   *al.*, Northern District Court Case Number CV 10 1342 (the

14   "*Scottsdale* Action") for judicial declarations that SCOTTSDALE

15   has no duty to defend GLOBAL in the *Kielty* Action, SCOTTSDALE has

16   no duty to indemnify GLOBAL in the *Kielty* Action, reimbursement

17   from GLOBAL for defense fees and costs paid by SCOTTSDALE with

18   respect to claims or causes of action which were never

19   potentially covered by the SCOTTSDALE policy, and reimbursement

20   from GLOBAL of any indemnity payments made by SCOTTSDALE with

21   respect to damages, claims or allegations which are not covered

22   by the SCOTTSDALE policy.

23   1.   Defendant GLOBAL stipulates that it will be bound by

24   the judgment entered in the *Scottsdale* Action, for purposes of

25   any  potential  rights  they  may  have  or  hereafter  obtain,

26   including,  but  not  limited  to  rights  as  a  judgment  creditor,

27   against SCOTTSDALE.

28   2.   Upon GLOBAL's signature to this stipulation, SCOTTSDALE

2

**STIPULATION TO BE BOUND BY JUDGMENT, CASE NO. CV-10-1342**

1    agrees to dismiss its complaint against GLOBAL and without

2    prejudice.  Both parties waive costs.

3         IT IS SO STIPULATED:

4

5    DATED: 8/13/10                    SELMAN BREITMAN LLP

6

7                              By: _____
                                       LINDA WENDELL HSU
                                       JEFFREY B. SODERBORG

8                                      Attorneys for Plaintiff
                                       SCOTTSDALE INSURANCE COMPANY

9

10

11   DATED: Aug 3, 2010               _____

12                                    GLOBAL PREMIER DEVELOPMENT,
                                      INC.

13

14

15   APPROVED AS TO FORM BY COUNSEL:

16   DATED: 8/13/10                   SELMAN BREITMAN, LLP

17

18                            By: _____
                                       LINDA WENDELL HSU

19                                     Attorneys for Plaintiff
                                       SCOTTSDALE INSURANCE COMPANY

20   DATED:                           JOHNSON & ASSOCIATES

21      8-3-10

22                            By: _____
                                      Randall Johnson

23                                    Attorney for Defendants
                                      GLOBAL PREMIER DEVELOPMENT,

24                                    INC.

25   //

26   //

27   //

28   //

3

STIPULATION TO BE BOUND BY JUDGMENT, CASE NO. CV-10-1342

199807.1 380.27213

Selman Breitman LLP
ATTORNEYS AT LAW

1   **IT IS SO ORDERED:**

2

3   DATED: November 12, 2010    By: _____

                                       LUCY H. KOH

4                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

199807.1 380.27213

4

**STIPULATION TO BE BOUND BY JUDGMENT, CASE NO. CV-10-1342**