```
 1  LINDA WENDELL HSU (SBN 162971)
    JEFFREY B. SODERBORG (SBN 264666)
 2  SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
 3  San Francisco, CA  94105
    Telephone: (415) 979-0400
 4  Facsimile: (415) 979-2099

 5  Attorneys for Plaintiff
    SCOTTSDALE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVENT, INC.; ADVENT COMPANIES, INC.; ADVENT CONSTRUCTION MANAGEMENT, a business organization form unknown; GLOBAL PREMIER DEVELOPMENT, INC.; JEROME KIELTY aka JERRY KIELTY; MIL ASPEN ASSOCIATES, L.P.; MT. HAWLEY INSURANCE CO.; LANDMARK AMERICAN INS. CO; NAVIGATOR'S SPECIALTY INSURANCE CO.; NATIONAL UNION FIRE INS. CO. OF PITTSBURGH; FIRST MERCURY INS. CO.; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. CV-10-1342<br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY TO BE BOUND BY JUDGMENT<br><br>Complaint Filed:   March 29, 2010 |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and Defendant LANDMARK AMERICAN INSURANCE COMPANY ("LANDMARK") hereby stipulate as follows:

1.  SCOTTSDALE issued Policy No. BCS0016240 (the "SCOTTSDALE policy") to named insured Pacific Structures with coverage effective November 20, 2007 to November 20, 2009.

1

2. On or about March 27, 2009, JERRY KIELTY filed a judicial form complaint against ADVENT, INC., ADVENT COMPANIES, INC., ADVENT CONSTRUCTION MANAGEMENT, (collectively "ADVENT") D.F. Rios, Foothill Fire, Pacific Structures, GLOBAL and MIL ASPEN for personal injury (Santa Clara County Superior Court Action No. 1-08-CV-122946—the "*Kielty Action*").

3. ADVENT tendered defense and indemnity of the *Kielty Action* to SCOTTSDALE contending to qualify as an additional insured under the SCOTTSDALE policy. SCOTTSDALE agreed to participate in the defense of and is currently participating in the defense of ADVENT pursuant to a full reservation of rights.

4. Defendant LANDMARK issued a policy of insurance naming ADVENT as an insured.

5. Plaintiff SCOTTSDALE brought this Declaratory Relief and action entitled *Scottsdale Insurance Company v. Advent, et al.,* Northern District Court Case Number CV 10 1342 (the "*Scottsdale* Action") for judicial declarations that SCOTTSDALE has no duty to defend ADVENT in the *Kielty* Action, SCOTTSDALE has no duty to indemnify ADVENT in the *Kielty* Action, reimbursement from ADVENT for defense fees and costs paid by SCOTTSDALE with respect to claims or causes of action which were never potentially covered by the SCOTTSDALE policy, and reimbursement from ADVENT of any indemnity payments made by SCOTTSDALE with respect to damages, claims or allegations which are not covered by the SCOTTSDALE policy.

6. Defendant LANDMARK stipulates that it will be bound by the judgment entered in the *Scottsdale* Action, for purposes of any potential rights they may have or hereafter obtain,

1 | hereafter obtain, including, but not limited to rights as a
2 | judgment creditor, against SCOTTSDALE.
3 |    7. Upon LANDMARK's signature to this stipulation,
4 | SCOTTSDALE agrees to dismiss its complaint against LANDMARK and
5 | without prejudice. Both parties waive costs.
6 | IT IS SO STIPULATED:

DATED: 8/17/2010

SELMAN BREITMAN LLP

By: _____
LINDA WENDELL HSU
JEFFREY B. SODERBORG
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED:

_____
William J. Kauffor
VP of Claims
LANDMARK AMERICAN INSURANCE
COMPANY

IT IS SO ORDERED:

DATED: November 12, 2010    By: _____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---
3
STIPULATION TO BE BOUND BY JUDGMENT, CASE NO. CV-10-1342