LINDA WENDELL HSU          (SBN 162971)
JEFFREY SODERBORG          (SBN 264666)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:     (415) 979-0400
Facsimile:     (415) 979-2099
E-mail:        lhsu@selmanbreitman.com
               jsoderborg@selmanbreitman.com

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>ADVENT, INC.; et. al.,<br><br>              Defendants. | CASE NO.    CV 10 1342-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: INITIAL DISCLOSURE DEADLINE**<br><br>Judge:   The Honorable Lucy H. Koh<br><br>Action Filed:   March 29, 2010 |

       WHEREAS, in this coverage action, plaintiff Scottsdale Insurance Company ("Scottsdale") has brought claims for declaratory relief (third cause of action) against, among others, National Union Fire Insurance Company of Pittsburgh ("National Union") regarding National Union's duty to participate in the defense and/or indemnity of Advent Inc., Advent Companies, Inc. and Advent Construction Management (collectively "Advent"), Global Premier Development, Inc. ("Global") and MIL Aspen Associates, L.P. ("MIL Aspen") as additional insureds in the underlying action filed by Jerry Kielty (Santa Clara County Superior Court Action No. 1-08-CV-122946—the "Kielty Action").

       WHEREAS, on November 12, 2010, a Case Management Conference was held with respect to Scottsdale's coverage action, at which the Court set an INITIAL DISCLOSURE

1  DEADLINE for Scottsdale and National Union for November 29, 2010.

2  WHEREAS, National Union has now orally agreed to participate in the defense of Advent, Global and MIL Aspen in the Kielty Action subject to a reservation of rights. In the event that National Union participates in said defense as promised, Scottsdale will likely dismiss National Union from this coverage action, without prejudice.

WHEREAS, Scottsdale and National Union seek to eliminate the need to exchange initial disclosures if such action is not necessary.

WHEREFORE, the parties hereby STIPULATE as follows:

1. That the INITIAL DISCLOSURE DEADLINE for Scottsdale and National Union be continued from November 29, 2010 to January 28, 2011 (60 days).

It is so STIPULATED.

DATED: November 23, 2010            SELMAN BREITMAN LLP


                                    By:  /s/ Linda Wendell Hsu
                                         LINDA WENDELL HSU
                                         Attorneys for Plaintiff
                                         SCOTTSDALE INSURANCE COMPANY


DATED: November 23, 2010            HAYES, SCOTT, BONINO, ELLINGSON * McLAY


                                    By:  /s/ Stephen P. Ellingson
                                         STEPHEN P. ELLINGSON
                                         Attorneys for Defendant
                                         NATIONAL UNION FIRE INSURANCE
                                         COMPANY OF PITTSBURGH

~~[PROPOSED]~~ ORDER

Having reviewed Scottsdale Insurance Company's and National Union Fire Insurance Company of Pittsburgh's stipulation regarding the continuance of the INITIAL DISCLOSURE DEADLINE set for those parties, the Court HEREBY ORDERS AS FOLLOWS:

The INITIAL DISCLOSURE DEADLINE for Scottsdale and National Union shall be continued sixty (60) days, from November 29, 2010 to January 28, 2011.

**IT IS SO ORDERED:**

DATED: November 24, 2010

By: /s/ Lucy H. Koh
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT