1   MICHAEL W. MELENDEZ (No. 125895)
    MELENDEZ & ASSOCIATES
2   2950 Buskirk Avenue, Suite 300
    Walnut Creek, CA  94597
3   Telephone: (925) 934-8000
    Facsimile: (925) 934-6700
4
    Attorneys for Defendant
5   MT. HAWLEY INSURANCE COMPANY

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  SCOTTSDALE INSURANCE              )              No. C 10-01342 LHK
    COMPANY,                          )
11                                    )    STIPULATION AND [PROPOSED] ORDER
                     Plaintiff,       )    RE LIMITED STAY OF ACTION
12                                    )
         v.                           )    Judge:  The Honorable Lucy H. Koh
13                                    )
    ADVENT, INC.; ADVENT COMPANIES,   )    Action Filed:  March 29, 2010
14  INC.; ADVENT CONSTRUCTION         )
    MANAGEMENT, et al.,               )
15                                    )
                     Defendants.      )
16  _____ )

17

18        WHEREAS, in this coverage action, plaintiff Scottsdale Insurance Company has brought

19  claims for declaratory relief (first cause of action), <u>Buss</u> reimbursement (sixth cause of action) and

20  <u>Blue Ridge</u> reimbursement (seventh cause of action) based on allegations that under its commercial

21  general liability insurance contract with Pacific Structures, Scottsdale does not owe additional

22  insured coverage obligations to Global Premier Development, MIL Aspen Associates and Advent in

23  an underlying action entitled, <u>Kielty v. Advent, Inc., D.F. Rios, Foothill Fire, Pacific Structures,</u>

24  <u>Global and Mil Aspen</u>, California Superior Court, County of Santa Clara, No. 1-08-CV-122946 (the

25  "Underlying Action");

26        WHEREAS, under the Scottsdale insurance contract with Pacific Structures, additional

27  insured coverage for Global, MIL Aspen and Advent extends to liability "caused, in whole or in part,

28  by" Pacific Structures or those acting on its behalf;

1    WHEREAS, to prevail on the claims set forth above, Scottsdale would need to eliminate the

2    possibility that Global, MIL Aspen and Advent face any liability in the Underlying Action caused in

3    whole or in part by Pacific Structures;

4    WHEREAS, the Underlying Action is ongoing and Pacific Structures' liability remains at

5    issue in the Underlying Action;

6    WHEREAS, to rule on the claims set forth above, this Court would need to make factual

7    determinations regarding claims at issue in the Underlying Action;

8    WHEREAS, if this Court were to make such determinations, the possibility exists that this

9    Court's factual determinations and the underlying California Superior Court's factual determinations

10   could be inconsistent;

11   WHEREAS, the Parties seek to eliminate the possibility of such inconsistent factual

12   determinations; and

13   WHEREAS, Advent also desires that its counter-claim be stayed pending further order from

14   the Court;

15   WHEREFORE, the parties hereby STIPULATE as follows:

16   1.    That Scottsdale's first, sixth and seventh causes of action be STAYED pending further

17   order from this Court; each party hereto shall have the right to bring a motion to set aside the stay;

18   2.    That Scottsdale's second, third, fourth and fifth causes of action, seeking declaratory

19   relief regarding other insurers' duties to defend and/or indemnify Global, MIL Aspen and Advent in

20   the Underlying Action, not be stayed;

21   3.    That this stay does not impair Scottsdale from naming as defendants any other

22   insurers that might owe any duties or obligations to Global, MIL Aspen or Advent regarding the

23   Underlying Action, or from bringing any additional claims against such insurers, to establish such

24   duties or obligations.

25   4.    Advent, Inc., Advent Companies, Inc. and Advent Construction Management's

26   Counterclaim is STAYED in its entirety pending further order from this Court; each party hereto

27   shall have the right to bring a motion to set aside the stay.

28   / / /

1         It is so STIPULATED.

2    Dated:  November 29, 2010        SELMAN BREITMAN LLP

3

4                                     /S/
                           By:_____

5                                  Linda Sharon Wendell Hsu

6                               Attorneys for Plaintiff/Cross-Defendant
                           SCOTTSDALE INSURANCE COMPANY

7    Dated:  November 29, 2010        McMANIS FAULKNER

8

9                                     /S/
                           By:_____

10                                 Richard Tyler Atkinson

11                              Attorneys for Defendant JEROME KIELTY

12   Dated:  November 30, 2010        HAYES, SCOTT, BONINO, ELLINGSON & McLAY,
                           LLP

13

14                                    /S/
                           By:_____

15                                 Stephen P. Ellingson

16                              Attorneys for Defendant NATIONAL UNION
                           FIRE INSURANCE COMPANY OF

17                              PITTSBURGH

18   Dated:  November 29, 2010        WOLKIN CURRAN

19

20                                    /S/
                           By:_____

21                                 Jennifer Elowsky

22                              Attorneys for Defendant NAVIGATOR'S
                           SPECIALTY INSURANCE COMPANY

23   Dated:  November 29, 2010        TRESSLER LLP

24

25                                    /S/
                           By:_____

26                                 Linda Tai Hoshide

27                              Attorneys for Defendant/Cross-Defendant FIRST
                           MERCURY INSURANCE COMPANY

28

1    Dated:  November 29, 2010            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

2

3                                                              /S/
                                         By:_____
                                                  William Luther Marchant
4

5                                        Attorneys for Defendants/Cross-Complainants
                                         ADVENT COMPANIES, INC., ADVENT
                                         CONSTRUCTION MANAGEMENT, ADVENT,
6                                        INC.

7    Dated:  November 29, 2010            MELENDEZ & ASSOCIATES

8

9                                                              /S/
                                         By:_____
                                                  Michael W. Melendez
10

11                                       Attorneys for Defendant MT. HAWLEY
                                         INSURANCE COMPANY

12

13                                                  ORDER

14              It is so ORDERED.

15   Dated:  December 1, 2010

16

17   _____
                                         The Honorable Lucy H. Koh
18                                       United States District Judge

19

20

21

22

23

24

25

26

27

28