**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTSDALE INSUR. CO., | Case No.: 10-CV-1342-LHK |
| Plaintiff, | ORDER SEEKING CLARIFICATION REGARDING PLAINTIFF'S FILING OF A MOTION FOR LEAVE TO AMEND COMPLAINT |
| v. | |
| ADVENT, INC., ET AL., | |
| Defendants. | |

As set forth in the Court's March 9, 2011 Case Management Order [dkt. #104], the deadline for Plaintiff to file a motion for leave to file an amended complaint regarding Landmark American Insurance Company ("Landmark") is March 30, 2011. The Court, however, seeks clarification as to why Plaintiff seeks leave to amend the complaint to add Landmark when Plaintiff: (1) previously stipulated to Landmark's dismissal from this action; and (2) represented to the Court at the March 9, 2011 Case Management Conference that Plaintiff would dismiss this entire case by April 29, 2011. Accordingly, **by 3:00 p.m., Friday, March 25, 2011**, Plaintiff's counsel shall file a clarification, not to exceed three (3) pages, for these seemingly inconsistent positions. Plaintiff need not continue contacting the Court and demanding an expedited hearing date. The Court will

//
//

1

promptly provide a hearing date after considering Plaintiff's clarification.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
LUCY H. KOH
United States District Judge