**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTSDALE INSUR. CO., ) | Case No.: 10-CV-1342-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING EXPEDITED |
| v. ) | BRIEFING SCHEDULE AND HEARING |
| ) | DATE RE: PLAINTIFF'S MOTION FOR |
| ADVENT, INC., ET AL., ) | LEAVE TO AMEND COMPLAINT |
| ) | |
| Defendants. ) | |

Plaintiff's deadline to file a motion for leave to amend its complaint with respect to Landmark American Insurance Company ("Landmark") is March 30, 2011. The Court finds an expedited briefing schedule appropriate. Accordingly, any opposition to Plaintiff's motion is due by April 13, 2011, and any reply is due by April 20, 2011. The hearing on Plaintiff's motion is set for Thursday, May 12, 2011, with a Case Management Conference to follow. If the motion is decided on the papers, the Court will vacate the hearing date, but keep the May 12, 2011 Case Management Conference. Except as applied to Landmark, all other deadlines in the Court's March 9, 2011 Case Management Order [dkt. #104] remain as set.

**IT IS SO ORDERED.**

Dated: March 25, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-1342-LHK
ORDER REGARDING EXPEDITED BRIEFING SCHEDULE AND HEARING DATE