UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SCOTTSDALE INSURANCE COMPANY, | ) | Case No.: 10-CV-01342-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER RE: MOTION HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| ADVENT, INC., et. al., | ) ) | |
| Defendants. | ) ) ) | |

To facilitate the productiveness of the Case Management Conference, all counsel shall attend the scheduled May 12, 2011 1:30 P.M. motion hearing and Case Management Conference in person.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
LUCY H. KOH
United States District Judge