UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSUR. CO., | ) | Case No.: 10-CV-1342-LHK |
| Plaintiff, | ) ) | ORDER VACATING MAY 16, 2011 |
| v. | ) | ENE DEADLINE |
| ADVENT, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

In light of Plaintiff Scottsdale Insurance Company's dismissal of Defendants Navigator's Specialty Insurance Company, First Mercury Insurance Company, and National Union Fire Insurance Company of Pittsburgh; Defendant Advent's currently scheduled May 16, 2011 deadline to dismiss its counterclaims; and the Court's April 26, 2011 Order granting Plaintiff's motion for leave to amend the complaint with respect to Landmark American Insurance Company, the Court vacates the May 16, 2011 deadline to complete Early Neutral Evaluation (ENE). A new ADR deadline will be discussed and set at the May 12, 2011 case management conference. All other deadlines remain as set.

**IT IS SO ORDERED.**

Dated: April 27, 2011

                                                        _Lucy H. Koh_
                                                        LUCY H. KOH
                                                        United States District Judge