UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTSDALE INSUR. CO., ) | Case No.: 10-CV-1342-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE WITHOUT |
| v. ) | PREJUDICE PURSUANT TO |
| ) | STIPULATION |
| ADVENT, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the parties' Stipulation of Dismissal filed on May 27, 2011 [dkt. #147], this case is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 27, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge